**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| THOMAS M. WILSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:13-cv-00642-RC |
| THE GOODYEAR TIRE & RUBBER COMPANY, | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Thomas Wilson and Defendant The Goodyear Tire & Rubber Company file this Joint Stipulation of Dismissal With Prejudice. Plaintiff and Defendant hereby stipulate that this action shall be dismissed as to all claims asserted by Plaintiff in the above-captioned lawsuit, with prejudice, with each party to bear his or its own attorneys' fees and costs. A proposed Order of Dismissal is attached.

ACCEPTED AND AGREED TO this 21st day of August, 2014.

| | |
|---|---|
| **Kenneth W. Lewis** | **J. Bradley Spalding** |
| State Bar No. 12295300 | State Bar No. 00786253 |
| **Stephen L. Townsend** | **Claire B. Deason** |
| State Bar No. 24071539 | State Bar No. 24087399 |
| BUSH LEWIS, PLLC | LITTLER MENDELSON, P.C. |
| 595 Orleans Street, Suite 500 | 1301 McKinney, Suite 1900 |
| Beaumont, Texas 77701 | Houston, Texas 77010 |
| 409.835.3521 – Telephone | 713.951.9400 – Telephone |
| 409.835.4194 – Facsimile | 713.951.9212 – Facsimile |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

*/s/ Stephen L. Townsend *By Permission*       August 21, 2014
Counsel for Plaintiff      Date

*/s/ J. Bradley Spalding*      August 21, 2014
Counsel for Defendants      Date

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth W. Lewis
BUSH LEWIS, PLLC
595 Orleans Street, Suite 500
Beaumont, Texas 77701
409.835.3521 (phone)
409.835.4194 (fax)

ATTORNEYS FOR PLAINTIFF

                                    */s/ J. Bradley Spalding*
                                    J. Bradley Spalding